UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH VOLFMAN,

                Plaintiff,

-against-

ELMHURST 3 INC d/b/a THE VILLAGE TAVERN and TALLULAH LLC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/9/2023

22 Civ. 10398 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 9, 2022, the Court ordered the parties to file a joint letter and proposed case management plan by February 7, 2023. ECF No. 8. The parties did not file their submissions. Accordingly, by **February 23, 2023**, the parties shall file their submissions.

    SO ORDERED.

Dated: February 9, 2023
       New York, New York

                                          ANALISA TORRES
                                         United States District Judge