UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH VOLFMAN,

                Plaintiff,

-against-

ELMHURST 3 INC d/b/a THE VILLAGE TAVERN and TALLULAH LLC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_2/27/2023\_\_

22 Civ. 10398 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan. ECF No. 16. The parties have indicated that they consent to conducting all further proceedings before a magistrate judge. *Id.* ¶ 1. Accordingly, by **March 6, 2023**, the parties shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge. *See* ECF No. 9.

    SO ORDERED.

Dated: February 27, 2023
       New York, New York

ANALISA TORRES
United States District Judge